UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYNNE L. VAN,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

Civil No. 07-6042-HA

JUDGMENT

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff Lynne Van's application for benefits is REMANDED to the Commissioner for the proper calculation and award of benefits.

       Dated this   30   day of September, 2008.

                                                  /s/ ANCER L. HAGGERTY
                                                  ANCER L. HAGGERTY
                                         UNITED STATES DISTRICT JUDGE

1- OPINION AND ORDER