Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED 08 NOV 17 11:16 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

LYNNE L. VAN

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 07-6042-HA

ORDER FOR EAJA
ATTORNEY FEES

    Based upon the stipulation of the parties, the Commissioner is ordered to pay $7499.99 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney at PO Box 98, Summertown, TN 38483. No costs are awarded to either party.

    It is so ordered:

DATED November 17, 2008

_____
United States District Court Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER